**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Wayne T. Ulozas aka Wayne Ulozas <u>Debtor(s)</u> | CHAPTER 13 |
| | BKY. NO. 20-13651 pmm |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of The Bank of New York Mellon FKA The Bank of New York, As Trustee For The Certificateholders of the CWABS Inc., Asset-Backed Certificates, Series 2006-1 and index same on the master mailing list.

Respectfully submitted,

/s/ 

Rebecca Solarz
02 Nov 2020, 12:03:12, EST

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322