Return to Paycheck List

| Employee Name | Work Location | Advice No |
|---|---|---|
| - WAYNE ULOZAS | 0732 PAEST HUB 1809 N 116 0 | 0732197078 |

| Employee ID | Tax ID | Fed Status | St Wrk | St Res Status | Advice Date |
|---|---|---|---|---|---|
| - 5715690 | XXX-XX-8012 | S | S 00 | | 07/03/2020 |

Earnings Statement

| Period Begin | Period End | Total Earned | Total Taxes | Total Deducted | Net Amount |
|---|---|---|---|---|---|
| 06/21/2020 | 06/27/2020 | 274.08 | 54.60 | 13.70 | 205.78 |

Earnings | Taxes - Deductions - Misc

| Description | Rate | Miles | Hours | Gross | Description | Current | YTD |
|---|---|---|---|---|---|---|---|
| CURRENT PAY RATE | 16.00 | | | | TAXES | | |
| REGULAR | 16.000 | | 17.13 | 274.08 | FICA | 16.99 | 526.16 |
| TOTAL HOURS WORKED | | | 17.13 | | FICA MEDICARE | 3.97 | 123.05 |
| CURRENT TOTALS | | | | 274.08 | FEDERAL TAX | 18.73 | 681.92 |
| Y-T-D TOTALS | | | 529.24 | 8,486.48 | ST TAX- PA | 8.41 | 260.55 |
| | | | | | SUT EMPL DEDCT | 0.16 | 5.08 |
| | | | | | PALMER TWP | 1.00 | 27.00 |
| | | | | | PALMER TWP | 5.34 | 165.48 |
| | | | | | TOTALS | 54.60 | |
| | | | | | DEDUCTIONS | | |
| | | | | | PRU 401K     5 | 13.70 | 417.92 |
| | | | | | TOTALS | 13.70 | |

- VAC 23.00  H    OPD 0.00  D         OTH 0.00  D

| Employee Address | 161 JEREMY CT<br>EASTON ,PA ,18045 |
|---|---|

UNITED PARCEL SERVICE, INC.
55 GLENLAKE PARKWAY NE
ATLANTA , GA 30328

1/1

 Return to Paycheck List

| Employee Name | Work Location | Advice No |
|---|---|---|
| WAYNE ULOZAS | 0732 PAEST HUB 1809 N 116 0 | 0732212296 |

| Employee ID | Tax ID | Fed Status | St Wrk | St Res Status | Advice Date |
|---|---|---|---|---|---|
| 5715690 | XXX-XX-8012 | S | S 00 | | 07/10/2020 |

| Earnings Statement | Period Begin | Period End | Total Earned | Total Taxes | Total Deducted | Net Amount |
|---|---|---|---|---|---|---|
| | 06/28/2020 | 07/04/2020 | 383.20 | 80.90 | 59.16 | 243.14 |

| Earnings | | | | Taxes - Deductions - Misc | | |
|---|---|---|---|---|---|---|
| Description | Rate | Miles | Hours | Gross | Description | Current | YTD |

|  |  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|---|
| CURRENT PAY RATE | 16.00 | | | | TAXES | | |
| REGULAR | 16.000 | | 19.95 | 319.20 | FICA | 23.76 | 549.92 |
| HOLIDAY | 16.000 | | 4.00 | 64.00 | FICA MEDICARE | 5.56 | 128.61 |
| TOTAL HOURS WORKED | | | 19.95 | | FEDERAL TAX | 31.12 | 713.04 |
| CURRENT TOTALS | | | | 383.20 | ST TAX- PA | 11.76 | 272.31 |
| Y-T-D TOTALS | | | 553.19 | 8,869.68 | SUT EMPL DEDCT | 0.23 | 5.31 |
| | | | | | PALMER TWP | 1.00 | 28.00 |
| | | | | | PALMER TWP | 7.47 | 172.95 |
| | | | | | TOTALS | 80.90 | |
| | | | | | DEDUCTIONS | | |
| | | | | | PRU 401K  5 | 19.16 | 437.08 |
| | | | | | UNIONDUE | 40.00 | 280.00 |
| | | | | | TOTALS | 59.16 | |

VAC 23.00  H   OPD 0.00  D         OTH  0.00  D

Employee Address: 161 JEREMY CT
EASTON ,PA ,18045

UNITED PARCEL SERVICE, INC.
55 GLENLAKE PARKWAY NE
ATLANTA , GA 30328

1/1

 Return to Paycheck List

| Employee Name | Work Location | Advice No |
|---|---|---|
| - WAYNE ULOZAS | 0732 PAEST HUB 1809 N 116 0 | 0732227238 |

| Employee ID | Tax ID | Fed Status | St Wrk | St Res Status | Advice Date |
|---|---|---|---|---|---|
| - 5715690 | XXX-XX-8012 | S | S 00 | | 07/17/2020 |

| Earnings Statement | Period Begin | Period End | Total Earned | Total Taxes | Total Deducted | Net Amount |
|---|---|---|---|---|---|---|
| - | 07/05/2020 | 07/11/2020 | 325.60 | 67.01 | 16.28 | 242.31 |

| Earnings | | | | Taxes - Deductions - Misc | | |
|---|---|---|---|---|---|---|
| Description | Rate | Miles | Hours | Gross | Description | Current | YTD |

```
-         CURRENT PAY RATE   16.00                      TAXES
- REGULAR  16.000          20.35    325.60  FICA               20.19     570.11
- TOTAL HOURS WORKED       20.35            FICA MEDICARE       4.72     133.33
- CURRENT TOTALS                    325.60  FEDERAL TAX        24.55     737.59
- Y-T-D TOTALS            573.54  9,195.28  ST TAX- PA         10.00     282.31
-                                           SUT EMPL DEDCT      0.20       5.51
-                                           PALMER TWP          1.00      29.00
-                                           PALMER TWP          6.35     179.30
-                                           TOTALS             67.01
-                                                   DEDUCTIONS
-                                           PRU 401K      5    16.28     453.36
-                                           TOTALS             16.28
- VAC 23.00  H  OPD 0.00  D         OTH 0.00  D
```

Employee Address: 161 JEREMY CT
EASTON ,PA ,18045

UNITED PARCEL SERVICE, INC.
55 GLENLAKE PARKWAY NE
ATLANTA , GA 30328

1/1

 Return to Paycheck List

| Employee Name | Work Location | Advice No |
|---|---|---|
| - WAYNE ULOZAS | 0732 PAEST HUB 1809 N 116 0 | 0732243076 |

| Employee ID | Tax ID | Fed Status | St Wrk | St Res Status | Advice Date |
|---|---|---|---|---|---|
| - 5715690 | XXX-XX-8012 | S | S 00 | | 07/24/2020 |

| Earnings Statement | Period Begin | Period End | Total Earned | Total Taxes | Total Deducted | Net Amount |
|---|---|---|---|---|---|---|
| - | 07/12/2020 | 07/18/2020 | 350.24 | 72.94 | 17.51 | 259.79 |

| Earnings | | | | Taxes - Deductions - Misc | | |
|---|---|---|---|---|---|---|
| Description | Rate | Miles | Hours | Gross | Description | Current | YTD |

```
-         CURRENT PAY RATE    16.00                    TAXES
- REGULAR   16.000           21.86      349.76  FICA                  21.71      591.82
- OVERTIME  24.000            0.02        0.48  FICA MEDICARE          5.08      138.41
- TOTAL HOURS WORKED         21.88              FEDERAL TAX           27.36      764.95
- CURRENT TOTALS                         350.24 ST TAX- PA            10.75      293.06
- Y-T-D TOTALS              595.42     9,545.52 SUT EMPL DEDCT         0.21        5.72
-                                               PALMER TWP             1.00       30.00
-                                               PALMER TWP             6.83      186.13
-                                               TOTALS                72.94
-                                                       DEDUCTIONS
-                                               PRU 401K      5       17.51      470.87
-                                               TOTALS                17.51
- VAC 23.00  H OPD  0.00  D         OTH  0.00  D
```

| Employee Address | 161 JEREMY CT<br>EASTON ,PA ,18045 |
|---|---|

UNITED PARCEL SERVICE, INC.
55 GLENLAKE PARKWAY NE
ATLANTA , GA 30328

1/1

 Return to Paycheck List

| Employee Name | Work Location | Advice No |
|---|---|---|
| - WAYNE ULOZAS | 0732 PAEST HUB 1809 N 116 0 | 0732258010 |

| Employee ID | Tax ID | Fed Status | St Wrk | St Res Status | Advice Date |
|---|---|---|---|---|---|
| - 5715690 | XXX-XX-8012 | S | S 00 | | 07/31/2020 |

| Earnings Statement | Period Begin | Period End | Total Earned | Total Taxes | Total Deducted | Net Amount |
|---|---|---|---|---|---|---|
| - | 07/19/2020 | 07/25/2020 | 361.60 | 75.69 | 18.08 | 267.83 |

| Earnings | | | | Taxes - Deductions - Misc | | |
|---|---|---|---|---|---|---|
| Description | Rate | Miles | Hours | Gross | Description | Current | YTD |

```
-         CURRENT PAY RATE     16.00                          TAXES
- REGULAR   16.000          22.57        361.12  FICA              22.42      614.24
- OVERTIME  24.000           0.02          0.48  FICA MEDICARE      5.24      143.65
- TOTAL HOURS WORKED        22.59                FEDERAL TAX       28.66      793.61
- CURRENT TOTALS                          361.60 ST TAX- PA        11.10      304.16
- Y-T-D TOTALS             618.01       9,907.12 SUT EMPL DEDCT     0.22        5.94
-                                                PALMER TWP         1.00       31.00
-                                                PALMER TWP         7.05      193.18
-                                                TOTALS            75.69
-                                                              DEDUCTIONS
-                                                PRU 401K     5    18.08      488.95
-                                                TOTALS            18.08
- VAC 23.00  H OPD  0.00  D              OTH  0.00  D
```

Employee Address
161 JEREMY CT
EASTON ,PA ,18045

UNITED PARCEL SERVICE, INC.
55 GLENLAKE PARKWAY NE
ATLANTA , GA 30328

 Return to Paycheck List

| Employee Name | Work Location | Advice No |
|---|---|---|
| - WAYNE ULOZAS | 0732 PAEST HUB 1809 N 116 0 | 0732272959 |

| Employee ID | Tax ID | Fed Status | St Wrk | St Res Status | Advice Date |
|---|---|---|---|---|---|
| - 5715690 | XXX-XX-8012 | S | S 00 | | 08/07/2020 |

| Earnings Statement | Period Begin | Period End | Total Earned | Total Taxes | Total Deducted | Net Amount |
|---|---|---|---|---|---|---|
| - | 07/26/2020 | 08/01/2020 | 375.84 | 79.13 | 58.79 | 237.92 |

| Earnings | | | | Taxes - Deductions - Misc | | |
|---|---|---|---|---|---|---|
| Description | Rate | Miles | Hours | Gross | Description | Current | YTD |

```
-       CURRENT PAY RATE     16.00                  TAXES
- REGULAR  16.000           23.49    375.84   FICA            23.30     637.54
- TOTAL HOURS WORKED        23.49             FICA MEDICARE    5.45     149.10
- CURRENT TOTALS                     375.84   FEDERAL TAX     30.28     823.89
- Y-T-D TOTALS             641.50 10,282.96   ST TAX- PA      11.54     315.70
-                                             SUT EMPL DEDCT   0.23       6.17
-                                             PALMER TWP       1.00      32.00
-                                             PALMER TWP       7.33     200.51
-                                                 TOTALS      79.13
-                                                       DEDUCTIONS
-                                             PRU 401K    5   18.79     507.74
-                                             UNIONDUE        40.00     320.00
-                                                 TOTALS      58.79
- VAC 23.00  H OPD  0.00  D       OTH  0.00  D
```

| Employee Address | 161 JEREMY CT EASTON ,PA ,18045 |
|---|---|

UNITED PARCEL SERVICE, INC.
55 GLENLAKE PARKWAY NE
ATLANTA , GA 30328

1/1

 Return to Paycheck List

| Employee Name | Work Location | Advice No |
|---|---|---|
| - WAYNE ULOZAS | 0732 PAEST HUB 1809 N 116 0 | 0732008804 |

| Employee ID | Tax ID | Fed Status | St Wrk | St Res Status | Advice Date |
|---|---|---|---|---|---|
| - 5715690 | XXX-XX-8012 | S | S 00 | | 08/14/2020 |

| Earnings Statement | Period Begin | Period End | Total Earned | Total Taxes | Total Deducted | Net Amount |
|---|---|---|---|---|---|---|
| - | 08/02/2020 | 08/08/2020 | 368.00 | 77.24 | 18.40 | 272.36 |

| Earnings | | | | | Taxes - Deductions - Misc | | |
|---|---|---|---|---|---|---|---|
| Description | Rate | Miles | Hours | Gross | Description | Current | YTD |
| - CURRENT PAY RATE | 16.00 | | | | TAXES | | |
| - REGULAR | 16.000 | | 22.37 | 357.92 | FICA | 22.82 | 660.36 |
| - OVERTIME | 24.000 | | 0.42 | 10.08 | FICA MEDICARE | 5.34 | 154.44 |
| - TOTAL HOURS WORKED | | | 22.79 | | FEDERAL TAX | 29.38 | 853.27 |
| - CURRENT TOTALS | | | | 368.00 | ST TAX- PA | 11.30 | 327.00 |
| - Y-T-D TOTALS | | | 664.29 | 10,650.96 | SUT EMPL DEDCT | 0.22 | 6.39 |
| - | | | | | PALMER TWP | 1.00 | 33.00 |
| - | | | | | PALMER TWP | 7.18 | 207.69 |
| - | | | | | TOTALS | 77.24 | |
| - | | | | | DEDUCTIONS | | |
| - | | | | | PRU 401K  5 | 18.40 | 526.14 |
| - | | | | | TOTALS | 18.40 | |
| - VAC 23.00 H | OPD 0.00 D | | | | OTH 0.00 D | | |

Employee Address
161 JEREMY CT
EASTON ,PA ,18045

UNITED PARCEL SERVICE, INC.
55 GLENLAKE PARKWAY NE
ATLANTA , GA 30328

 Return to Paycheck List

| Employee Name | Work Location | Advice No |
|---|---|---|
| WAYNE ULOZAS | 0732 PAEST HUB 1809 N 116 0 | 0732023480 |

| Employee ID | Tax ID | Fed Status | St Wrk | St Res Status | Advice Date |
|---|---|---|---|---|---|
| 5715690 | XXX-XX-8012 | S | S 00 | | 08/21/2020 |

Earnings Statement

| Period Begin | Period End | Total Earned | Total Taxes | Total Deducted | Net Amount |
|---|---|---|---|---|---|
| 08/09/2020 | 08/15/2020 | 381.92 | 80.59 | 19.10 | 282.23 |

Earnings

| Description | Rate | Miles | Hours | Gross |
|---|---|---|---|---|
| CURRENT PAY RATE | 16.00 | | | |
| REGULAR | 16.000 | | 22.85 | 365.60 |
| OVERTIME | 24.000 | | 0.68 | 16.32 |
| TOTAL HOURS WORKED | | | 23.53 | |
| CURRENT TOTALS | | | | 381.92 |
| Y-T-D TOTALS | | | 687.82 | 11,032.88 |

Taxes - Deductions - Misc

| Description | Current | YTD |
|---|---|---|
| TAXES | | |
| FICA | 23.68 | 684.04 |
| FICA MEDICARE | 5.54 | 159.98 |
| FEDERAL TAX | 30.97 | 884.24 |
| ST TAX- PA | 11.72 | 338.72 |
| SUT EMPL DEDCT | 0.23 | 6.62 |
| PALMER TWP | 1.00 | 34.00 |
| PALMER TWP | 7.45 | 215.14 |
| TOTALS | 80.59 | |
| DEDUCTIONS | | |
| PRU 401K  5 | 19.10 | 545.24 |
| TOTALS | 19.10 | |

VAC 23.00  H   OPD 0.00  D        OTH 0.00  D

Employee Address: 161 JEREMY CT
EASTON ,PA .18045

UNITED PARCEL SERVICE, INC.
55 GLENLAKE PARKWAY NE
ATLANTA , GA 30328