| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021
**Chapter 13 Case No. 20-13651-PMM**

Wayne T. Ulozas
161 Jeremy Court
Easton  PA    18045

Petition Filed Date: 09/10/2020
341 Hearing Date: 11/24/2020
Confirmation Date:

Case Status: Dismissed Before Confirmation on 5/28/2021

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 11/20/2020 | $400.00 | 38562215 | 12/22/2020 | $200.00 | 41098588 | 01/14/2021 | $200.00 | 43834656 |
| 02/11/2021 | $200.00 | 2983773 | 03/22/2021 | $200.00 | 7128667 | 04/08/2021 | $200.00 | 10314977 |
| 05/06/2021 | $200.00 | 13541249 | | | | | | |

**Total Receipts for the Period: $1,600.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $1,600.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | NEWREZ LLC  D/B/A<br>»» 001 | Mortgage Arrears | $322,216.20 | $0.00 | $0.00 |

### SUMMARY

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $1,600.00 | Current Monthly Payment: | $200.00 |
| Paid to Claims: | $0.00 | Arrearages: | $0.00 |
| Paid to Trustee: | $118.00 | Total Plan Base: | $21,000.00 |
| Funds on Hand: | $1,482.00 | | |

**NOTES:**

• PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/
   for more  information.

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.